S. LANE TUCKER
United States Attorney

GEORGE TRAN
Assistant United States Attorney
Federal Building & United States Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: george.tran@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:23-cr-00009-SLG-KFR |
| Plaintiff, | ) ) ) | COUNT 1: |
| vs. | ) ) | THEFT CONCERNING PROGRAMS RECEIVING FEDERAL FUNDS |
| MELANIE GAIL TITUS, | ) ) | Vio. of 18 U.S.C. § 666(a)(1)(A) |
| Defendant. | ) ) ) | |

INFORMATION

The United States charges that:

GENERAL ALLEGATIONS

At all times material to this Information:

1. Minto Village Council ("MVC") was the federally recognized native governing body for the community of the Native Village of Minto and a voting member village of Tanana Chiefs Conference (TCC).

2. TCC was an Alaska Native non-profit corporation and consortium of about 42 interior Alaska Athabascan Tribes and organizations.

3. MVC, directly and through TCC, received federal funding from Federal agencies, which included but was not limited to Environmental Protection Agency (EPA), Department of Health and Human Services (DHHS), Department of Transportation (DOT), and Department of Energy (DOE).

4. MVC did receive benefits in excess of $10,000 under a Federal program in any one year period between 2015 and 2019.

5. The defendant, Melanie Gail Titus (TITUS), was the bookkeeper for MVC from 2013 through 2019, and as such, she was an agent of MVC.

6. From on or about January 1, 2015 to on or about June 1, 2019, TITUS embezzled a total of $55,753.99 from MVC.

7. As part of the embezzlement, TITUS issued herself additional paychecks for multiple pay periods from MVC's General Fund account totaling $52,025.41.

8. As part of the embezzlement, TITUS tendered duplicative deposits of the same paycheck netting her an additional $1,076.16.

9. As part of the embezzlement, TITUS issued herself multiple reimbursements for the same work expenses from MVC's Indian Environmental General Assistant Program (IGAP) account totaling $2,652.42.

## COUNT 1

### THEFT CONCERNING PROGRAMS RECEIVING FEDERAL FUNDS

10. Paragraphs 1 through 9 above are hereby realleged.

11. From on or about January 1, 2015 and continuing to on or about June 1, 2019, in the District of Alaska, the defendant, Melanie Gail Titus, as part of an ongoing course of conduct while an agent of Minto Village Council, did knowingly embezzle, steal, obtain by fraud, and otherwise without authority knowingly convert to her personal use money in excess of $5,000 that was owned by and was under the care, custody, and control of an Indian tribal government, to wit: Minto Village Council.

All of which is in violation of Title 18, United States Code, Section 666(a)(1)(A).

S. LANE TUCKER
United States Attorney

*[signature]*
GEORGE TRAN
United States of America
Assistant United States Attorney