# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MELANIE GAIL TITUS,<br><br>    Defendant. | Case No. 3:23-cr-00009-SLG-KFR |

### ORDER RE FINAL REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON A PLEA OF GUILTY

A plea agreement was filed in this case at Docket 3. Pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter was referred to the Honorable Magistrate Judge Kyle F. Reardon by the District Court, with the written and oral consents of Defendant, counsel for Defendant, and counsel for the United States. A proposed change of plea hearing was held before the magistrate judge at which Defendant entered a guilty plea to Count 1 of the Felony Information, Theft Concerning Programs Receiving Federal Funds, which is a violation of 18 U.S.C. § 666(a)(1)(A).

Judge Reardon issued a Final Report and Recommendation at Docket 17, in which he recommended that the District Court accept Defendant's plea of guilty to Count 1 of the Felony Information. No objections to the Final Report and Recommendation have been filed.

The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1). The Court has reviewed the Final Report and Recommendation and adopts it. Accordingly, IT IS ORDERED that the Court ACCEPTS Defendant's plea of guilty to Count 1 of the Felony Information and Defendant is adjudged GUILTY of Count 1. An Imposition of Sentence hearing has been scheduled for **June 1, 2023, at 1:30 p.m.** before District Judge Sharon L. Gleason in Anchorage Courtroom 2.

DATED this 10th day of March, 2023, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:23-cr-00009-SLG-KFR, *United States v. Titus*
Order Re Final Report and Recommendation of the Magistrate Judge Upon a Plea of Guilty
Page 2 of 2
Case 3:23-cr-00009-SLG-KFR   Document 18   Filed 03/10/23   Page 2 of 2